NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REALLY RIGHT STUFF,**
*Plaintiff-Appellant*

**v.**

**FIELD OPTICS RESEARCH,**
*Defendant-Appellee*

---

2024-2045

---

Appeal from the United States District Court for the District of Utah in No. 2:20-cv-00345-DBB, Judge David Barlow.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

2                    REALLY RIGHT STUFF v. FIELD OPTICS RESEARCH

(2)  Each side shall bear its own costs.

FOR THE COURT



August 26, 2024                          Jarrett B. Perlow
        Date                                Clerk of Court

ISSUED AS A MANDATE:  August 26, 2024